# Order

Michigan Supreme Court
Lansing, Michigan

September 21, 2007

133658-59

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LOLA MELBOURNE,
       Plaintiff-Appellee,

v

LAWN WORKS,
       Defendant,
and

WAYNE BOWLING AND RECREATION, INC.,
       Defendant-Appellant.

SC: 133658
COA: 263783
Wayne CC: 00-010650-NO

_____

LOLA MELBOURNE,
       Plaintiff-Appellee,

v

WAYNE BOWLING AND RECREATION, INC.,
       Defendant-Appellant.

SC: 133659
COA: 263819
Wayne CC: 03-314738-CK

_____/

On order of the Court, the application for leave to appeal the March 6, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2007

_____
Clerk

l0914